# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jesse Livingston Bitzer IV, aka Jessie L Bitzer** | **BK NO. 25-02248 HWV** |
| **Debtor(s)** | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
19 Aug 2025, 14:28:03, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322