United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 25-02248-HWV

Jesse Livingston Bitzer, IV                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Livingston Bitzer, IV, 295 Mount Pleasant Road, Hanover, PA 17331-9051 |
| 5733127 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5733117 | | Email/Text: compliance@finbounce.com | Sep 03 2025 18:40:00 | Bounce Ai Inc, 2850 Clover Street, Pittsford, NY 14534 |
| 5733116 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 03 2025 18:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5733121 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 03 2025 18:39:00 | Credit Corp Solutions, 121 W Election Road Ste 200, Draper, UT 84020 |
| 5733118 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 18:52:06 | Capital One, N.A., 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 5733119 | + | Email/Text: documentfiling@lciinc.com | Sep 03 2025 18:39:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 5733120 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 03 2025 18:39:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5733122 | + | Email/Text: contact@fiwlaw.com | Sep 03 2025 18:40:00 | Frederic I Weinberg & Assoc PC, 375 E Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 5733114 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2025 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5733123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 18:41:37 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5733124 | + | Email/Text: Documentfiling@lciinc.com | Sep 03 2025 18:39:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5733125 | | Email/Text: camanagement@mtb.com | Sep 03 2025 18:40:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5733126 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2025 18:40:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5733128 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2025 18:40:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5733115 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2025 18:40:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5733129 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2025 18:41:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| 5733130 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Sep 03 2025 18:40:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 5733131 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 03 2025 18:41:27 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 5733132 | Email/Text: bankruptcies@uplift.com | | |
| | | Sep 03 2025 18:39:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 5733181 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Sep 03 2025 18:41:38 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5733133 | + Email/Text: kcm@yatb.com | | |
| | | Sep 03 2025 18:39:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Jesse Livingston Bitzer IV gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jesse Livingston Bitzer IV,                    Chapter        13
aka Jessie L Bitzer,

**Debtor 1**                                   Case No.       1:25−bk−02248−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Date: November 13, 2025 <br><br> Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 3, 2025 |

ntnew341 (09/23)