

**535 Carlisle Street, Hanover, Pa 17331**

To Whom It May Concern:

I was asked to give a market analysis on the property at 295 Mount Pleasant Road, PA 17331. After looking at the comps that Sold in the less than 6 months timeframe, within a 3.0 mile or less radius of the property, I have determined the value of the property to be around $270- $295k in today's market.

Thank you!

Neil Reichart

## 300 Fairview Ave, Mcsherrystown, PA 17344 — 0.6 mi — Closed — Residential — $255,000

| | | |
|---|---|---|
| MLS #: | PAAD2016158 | Beds: 3 |
| Tax ID #: | 28001-0035---000 | Baths: 1 |
| MLS Area: | McSherrystown Boro - Adams County (14328) | AbvGrd Fin SqFt: 1,400 |
| | | Assessor AbvGrd Fin SQFT: 1,400 |
| School District: | Conewago Valley | Acres/Lot SF: .19 / 8276 |
| Subdiv / Neigh: | MCSHERRYSTOWN BOROUGH | Lot Dim: |
| | | Tax Annual Amt: $4,774.00 |
| Garage Spaces: | 1 | Property Cond: |
| Total Parking: | 1 | |

- Structure Type: Detached
- Style: Ranch/Rambler
- Central Air/Heat: Yes / Yes
- Year Built: 1961
- DOM/CDOM: 2 / 2

- List Team Name: The Chrissie Barrick Team
- Listing Agent: Chrissie Barrick (3236310) (Lic# RS296558)
- Listing Office: Berkshire Hathaway HomeServices Homesale Realty
- Agent Phone: (717) 451-3850
- Office Phone: (717) 633-7300
- Concessions: See Concessions
- Selling Agent: Tereasa Forbes (3235744) (5001101)
- Selling Office: Inch & Co. Real Estate, LLC
- Settled Date: 02/28/25

## 657 Cricket Ln, Mcsherrystown, PA 17344 — 0.7 mi — Closed — Residential — $257,000



- MLS #: PAAD2017528
- Tax ID #: 28008-0302---000
- MLS Area: McSherrystown Boro - Adams County (14328)
- School District: Conewago Valley
- Subdiv / Neigh: DELONE
- Garage Spaces: 1
- Total Parking: 3
- Beds: 3
- Baths: 2
- AbvGrd Fin SqFt: 1,288
- Assessor AbvGrd Fin SQFT: 1,288
- Acres/Lot SF: .19 / 8276
- Lot Dim:
- Tax Annual Amt: $4,659.00
- Property Cond: Good
- Structure Type: Detached
- Style: Ranch/Rambler
- Central Air/Heat: No / Yes
- Year Built: 1987
- DOM/CDOM: 4 / 4
- Listing Agent: Darren Dickensheets (3294036) (Lic# RS350124)
- Listing Office: RE/MAX Quality Service, Inc.
- Agent Phone: (717) 476-3064
- Office Phone: (717) 632-5111
- Concessions: See Concessions
- Selling Agent: Ray Carpenter (3339127) (Lic# Unknown)
- Selling Office: Coldwell Banker Realty
- Settled Date: 06/10/25

## 316 Vincent, Mcsherrystown, PA 17344 — 0.7 mi — Closed — Residential — $299,900

- MLS #: PAAD2016796
- Tax ID #: 08001-0163---000
- MLS Area: Conewago Twp - Adams County (14308)
- School District: Conewago Valley
- Subdiv / Neigh: SHERRY VILLAGE
- Garage Spaces: 2
- Total Parking: 6
- Beds: 3
- Baths: 2
- AbvGrd Fin SqFt: 1,349
- Assessor AbvGrd Fin SQFT: 1,349
- Acres/Lot SF: .24 / 10454
- Lot Dim:
- Tax Annual Amt: $3,994.00
- Property Cond: Good
- Structure Type: Detached
- Style: Ranch/Rambler
- Central Air/Heat: Yes / Yes
- Year Built: 1984
- DOM/CDOM: 7 / 7
- Listing Agent: Lori Hockensmith (3236295) (Lic# RS218274L)
- Listing Office: Iron Valley Real Estate Hanover
- Agent Phone: (717) 465-6554
- Office Phone: (717) 797-2777
- Concessions: See Concessions
- Selling Agent: Barb Boyer (3236143) (RS164440L)
- Selling Office: Berkshire Hathaway HomeServices Homesale Realty
- Settled Date: 04/25/25

### 133 Michelle Dr, Mcsherrystown, PA 17344  0.5 mi  Closed  Residential  $305,000



| | | | | | |
|---|---|---|---|---|---|
| MLS #: | PAAD2018168 | Beds: | 3 | Structure Type: | Detached |
| Tax ID #: | 28002-0010---000 | Baths: | 1 / 1 | Style: | Ranch/Rambler |
| MLS Area: | McSherrystown Boro - Adams County (14328) | AbvGrd Fin SqFt: | 1,496 | Central Air/Heat: | Yes / Yes |
| | | Assessor AbvGrd Fin SQFT: | 1,496 | Year Built: | 1966 |
| | | Acres/Lot SF: | .27 / 11761 | DOM/ CDOM: | 3 / 3 |
| School District: | Conewago Valley | Lot Dim: | | | |
| Subdiv / Neigh: | MCSHERRYSTOWN BOROUGH | Tax Annual Amt: | $4,670.00 | | |
| | | Property Cond: | | | |
| Garage Spaces: | 1 | | | | |
| Total Parking: | 1 | | | | |
| Listing Agent: | Steph Aumen (3348333) (Lic# RS366793) | | | Agent Phone: | (717) 515-9975 |
| Listing Office: | Harget Realty Group | | | Office Phone: | (717) 634-5868 |
| | | | | Concessions: | See Concessions |
| Selling Agent: | Kimberly Burton (3238970) (RS314051) | | | Settled Date: | 07/11/25 |
| Selling Office: | Iron Valley Real Estate Hanover | | | | |

### 156 Sherry Drive, Mcsherrystown, PA 17344  0.7 mi  Closed  Residential  $310,000



| | | | | | |
|---|---|---|---|---|---|
| MLS #: | PAAD2016636 | Beds: | 3 | Structure Type: | Detached |
| Tax ID #: | 08001-0143---000 | Baths: | 1 | Style: | Ranch/Rambler |
| MLS Area: | Conewago Twp - Adams County (14308) | AbvGrd Fin SqFt: | 1,144 | Central Air/Heat: | Yes / Yes |
| | | Assessor AbvGrd Fin SQFT: | 1,144 | Year Built: | 1981 |
| | | Acres/Lot SF: | .28 / 12197 | DOM/ CDOM: | 14 / 14 |
| School District: | Conewago Valley | Lot Dim: | | | |
| Subdiv / Neigh: | SHERRY VILLAGE | Tax Annual Amt: | $3,616.00 | | |
| Garage Spaces: | | Property Cond: | Excellent | | |
| Total Parking: | 5 | | | | |
| Listing Agent: | Jeff Garber (3236708) (Lic# RS222250L) | | | Agent Phone: | (717) 465-0571 |
| Listing Office: | RE/MAX Quality Service, Inc. | | | Office Phone: | (717) 632-5111 |
| | | | | Concessions: | See Concessions |
| Sell Team Name: | Michael Harget Group | | | | |
| Selling Agent: | Steph Aumen (3348333) (RS366793) | | | Settled Date: | 04/11/25 |
| Selling Office: | Keller Williams Realty Partners | | | | |

### 24 Lynx Dr, Hanover, PA 17331  0.3 mi  Closed  Residential  $333,000



| | | | | | |
|---|---|---|---|---|---|
| MLS #: | PAAD2016382 | Beds: | 3 | Structure Type: | Detached |
| Tax ID #: | 08007-0012---000 | Baths: | 2 | Style: | Ranch/Rambler |
| MLS Area: | Conewago Twp - Adams County (14308) | AbvGrd Fin SqFt: | 1,488 | Central Air/Heat: | Yes / Yes |
| | | Assessor AbvGrd Fin SQFT: | 1,488 | Year Built: | 1980 |
| | | Acres/Lot SF: | .37 / 16117 | DOM/ CDOM: | 3 / 3 |
| School District: | Conewago Valley | Lot Dim: | | | |
| Subdiv / Neigh: | CONEWAGO ESTATES- MCSHERR | Tax Annual Amt: | $5,069.00 | | |
| | | Property Cond: | Very Good | | |
| Garage Spaces: | 2 | | | | |
| Total Parking: | 2 | | | | |
| Listing Agent: | Robin Mede-Butt (3235722) (Lic# AB066319-) | | | Agent Phone: | (717) 451-4447 |
| Listing Office: | Iron Valley Real Estate Hanover | | | Office Phone: | (717) 797-2777 |
| | | | | Concessions: | See Concessions |
| Sell Team Name: | Michael Harget Group | | | | |
| Selling Agent: | Steph Aumen (3348333) (RS366793) | | | Settled Date: | 03/05/25 |
| Selling Office: | Keller Williams Realty Partners | | | | |

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2025. Created: 07/22/2025 10:28 AM

