| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 27T | 010118 | 015 | | 0000260013 | 1 |

# Earnings Statement

**ADP**

INCREDITEK INC
CONFIDENTIAL
1205 BELMAR DRIVE
BELCAMP, MD 21017

Period Beginning: 06/07/2025
Period Ending: 06/20/2025
Pay Date: 06/27/2025

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   PA: 0

JESSE L BITZER IV
295 MOUNT PLEASANT RD
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 72.00 | 2,520.00 | 32,837.35 |
| Overtime | 52.5000 | 9.25 | 485.63 | 8,749.15 |
| Pto | 35.0000 | 8.00 | 280.00 | 2,353.75 |
| Holiday | | | | 1,400.00 |
| **Gross Pay** | | | **$3,285.63** | 45,340.25 |

Your federal taxable wages this period are $3,132.01

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -238.89 | 3,420.80 |
| | Social Security Tax | -194.19 | 2,687.28 |
| | Medicare Tax | -45.42 | 628.48 |
| | PA State Income Tax | -96.16 | 1,330.63 |
| | Conewago Twp Income Tax | -46.98 | 650.15 |
| | **Other** | | |
| | Medical | -153.62* | 1,997.06 |
| | Short Term Dis | -10.28 | 133.64 |
| | Car Allowance | | -6,000.00 |
| | Cell/Internet R | | -330.00 |
| | Reimbursement | | -1,364.00 |
| **Net Pay** | | | **$2,500.09** |
| | Check1 | -2,500.09 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wage | 3,285.63 | 45,340.25 |
| Totl Hrs Worked | 89.25 | |
| Pto Balance | | -88.25 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 410-273-0361

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

INCREDITEK INC
CONFIDENTIAL
1205 BELMAR DRIVE
BELCAMP, MD 21017

Advice number: 00000260013
Pay date: 06/27/2025

Deposited to the account of
JESSE L BITZER IV

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0152 | xxxx xxxx | $2,500.09 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 27T | 010118 | 015 | | 0000300013 | 1 |

# Earnings Statement

ADP

INCREDITEK INC  
CONFIDENTIAL  
1205 BELMAR DRIVE  
BELCAMP, MD 21017

Period Beginning: 07/05/2025  
Period Ending: 07/18/2025  
Pay Date: 07/25/2025

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 2  
  PA: 0

JESSE L BITZER IV  
295 MOUNT PLEASANT RD  
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.0000 | 56.00 | 2,184.00 | 37,471.35 |
| Pto | 39.0000 | 24.00 | 936.00 | 3,499.75 |
| Overtime | | | | 8,749.15 |
| Holiday | | | | 1,680.00 |
| **Gross Pay** | | | **$3,120.00** | 51,400.25 |

Your federal taxable wages this period are $2,966.38

**Other Benefits and Information** | this period | total to date
---|---|---
Eligible Wage | 3,120.00 | 51,400.25
Totl Hrs Worked | 80.00 |
Pto Balance | | -108.25

**Important Notes**  
YOUR COMPANY'S PHONE NUMBER IS 410-273-0361

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -219.01 | 3,837.22 |
| | Social Security Tax | -183.92 | 3,043.95 |
| | Medicare Tax | -43.01 | 711.89 |
| | PA State Income Tax | -91.07 | 1,507.24 |
| | Conewago Twp Income Tax | -44.50 | 736.45 |
| | **Other** | | |
| | Medical | -153.62* | 2,304.30 |
| | Short Term Dis | -10.28 | 154.20 |
| | Car Allowance | | -7,000.00 |
| | Cell/Internet R | | -385.00 |
| | Reimbursement | | -1,364.00 |
| **Net Pay** | | | **$2,374.59** |
| | Check1 | -2,374.59 | |
| **Net Check** | | | **$0.00** |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

INCREDITEK INC  
CONFIDENTIAL  
1205 BELMAR DRIVE  
BELCAMP, MD 21017

Advice number: 00000300013  
Pay date: 07/25/2025

Deposited to the account of  
JESSE L BITZER IV

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0152 | xxxx xxxx | $2,374.59 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 27T | 010118 | 015 | | 0000300013 | 1 |

INCREDITEK INC  
CONFIDENTIAL  
1205 BELMAR DRIVE  
BELCAMP, MD 21017

# Earnings Statement

![ADP]

Period Beginning: 07/05/2025  
Period Ending: 07/18/2025  
Pay Date: 07/25/2025

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 2  
  PA: 0

JESSE L BITZER IV  
295 MOUNT PLEASANT RD  
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.0000 | 56.00 | 2,184.00 | 37,471.35 |
| Pto | 39.0000 | 24.00 | 936.00 | 3,499.75 |
| Overtime | | | | 8,749.15 |
| Holiday | | | | 1,680.00 |
| **Gross Pay** | | | **$3,120.00** | 51,400.25 |

Your federal taxable wages this period are $2,966.38

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wage | 3,120.00 | 51,400.25 |
| Totl Hrs Worked | 80.00 | |
| Pto Balance | | -108.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -219.01 | 3,837.22 |
| | Social Security Tax | -183.92 | 3,043.95 |
| | Medicare Tax | -43.01 | 711.89 |
| | PA State Income Tax | -91.07 | 1,507.24 |
| | Conewago Twp Income Tax | -44.50 | 736.45 |
| | Other | | |
| | Medical | -153.62* | 2,304.30 |
| | Short Term Dis | -10.28 | 154.20 |
| | Car Allowance | | -7,000.00 |
| | Cell/Internet R | | -385.00 |
| | Reimbursement | | -1,364.00 |
| **Net Pay** | | **$2,374.59** | |
| Check1 | | -2,374.59 | |
| **Net Check** | | **$0.00** | |

**Important Notes**  
YOUR COMPANY'S PHONE NUMBER IS 410-273-0361

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

INCREDITEK INC  
CONFIDENTIAL  
1205 BELMAR DRIVE  
BELCAMP, MD 21017

Advice number: 00000300013  
Pay date: 07/25/2025

Deposited to the account of  
JESSE L BITZER IV

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0152 | xxxx xxxx | $2,374.59 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 27T | 010118 | 015 | | 0000320013 | 1 |

# Earnings Statement

**ADP**

INCREDITEK INC
CONFIDENTIAL
1205 BELMAR DRIVE
BELCAMP, MD 21017

Period Beginning: 07/19/2025
Period Ending: 08/01/2025
Pay Date: 08/08/2025

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   2
  PA:        0

JESSE L BITZER IV
295 MOUNT PLEASANT RD
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.0000 | 67.00 | 2,613.00 | 40,084.35 |
| Overtime | 58.5000 | 8.50 | 497.25 | 9,246.40 |
| Bereavement | 39.0000 | 13.00 | 507.00 | |
| Holiday | | | | 1,680.00 |
| Pto | | | | 3,499.75 |
| **Gross Pay** | | | **$3,617.25** | 55,017.50 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,463.63

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wage | 3,617.25 | 55,017.50 |
| Totl Hrs Worked | 88.50 | |
| Pto Balance | | -103.25 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 410-273-0361

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -278.69 | 4,115.91 |
| | Social Security Tax | -214.74 | 3,258.69 |
| | Medicare Tax | -50.22 | 762.11 |
| | PA State Income Tax | -106.33 | 1,613.57 |
| | Conewago Twp Income Tax | -51.96 | 788.41 |
| **Other** | | | |
| | Medical | -153.62* | 2,457.92 |
| | Short Term Dis | -10.28 | 164.48 |
| | Car Allowance | | -8,200.00 |
| | Cell/Internet R | | -440.00 |
| | Reimbursement | | -1,544.00 |
| **Adjustment** | | | |
| | Car Allowance | +1,200.00 | |
| | Cell/Internet R | +55.00 | |
| | Reimbursement | +180.00 | |
| **Net Pay** | | **$4,186.41** | |
| | Check1 | -4,186.41 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, Inc

INCREDITEK INC
CONFIDENTIAL
1205 BELMAR DRIVE
BELCAMP, MD 21017

Advice number:  00000320013
Pay date:       08/08/2025

Deposited to the account of
JESSE L BITZER IV

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0152 | xxxx xxxx | $4,186.41 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE