Debtor 1  Jesse Livingston Bitzer, IV

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number  1:25-bk-02248
(If known)

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
### Schedule J: Your Expenses                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?  ☐ No
   Do not list Debtor 1 and  ■ Yes. Fill out this information for each dependent.....
   Debtor 2.

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Partners Daughter | 16 yrs | ☐ No  ■ Yes |
| Son | 19 yrs | ☐ No  ■ Yes |
| Son | 22 yrs | ☐ No  ■ Yes |
| Partner | 42 yrs | ☐ No  ■ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

**Part 2:** Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $  1,585.00

   If not included in line 4:

   4a. Real estate taxes                                                4a. $     0.00
   4b. Property, homeowner's, or renter's insurance                     4b. $     0.00
   4c. Home maintenance, repair, and upkeep expenses                    4c. $   200.00
   4d. Homeowner's association or condominium dues                      4d. $     0.00
5. Additional mortgage payments for your residence, such as home equity loans  5. $  0.00

Debtor 1  Jesse Livingston Bitzer, IV        Case number (if known) 1:25-bk-02248

6. Utilities:
   6a. Electricity, heat, natural gas                                    6a. $        491.00
   6b. Water, sewer, garbage collection                                  6b. $        165.00
   6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $        595.00
   6d. Other. Specify: _____                            6d. $          0.00
7. Food and housekeeping supplies                                        7.  $      1,950.00
8. Childcare and children's education costs                              8.  $          0.00
9. Clothing, laundry, and dry cleaning                                   9.  $        245.00
10. Personal care products and services                                  10. $        235.00
11. Medical and dental expenses                                          11. $        310.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                         12. $      1,075.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books   13. $        285.00
14. Charitable contributions and religious donations                     14. $          0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                  15a. $         0.00
    15b. Health insurance                                                15b. $         0.00
    15c. Vehicle insurance                                               15c. $       327.00
    15d. Other insurance. Specify: _____                       15d. $         0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                      16. $          0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                      17a. $         0.00
    17b. Car payments for Vehicle 2                                      17b. $         0.00
    17c. Other. Specify: _____                          17c. $         0.00
    17d. Other. Specify: _____                          17d. $         0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  18. $   0.00
19. Other payments you make to support others who do not live with you.  $           0.00
    Specify: _____                                      19.
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                     20a. $         0.00
    20b. Real estate taxes                                               20b. $         0.00
    20c. Property, homeowner's, or renter's insurance                    20c. $         0.00
    20d. Maintenance, repair, and upkeep expenses                        20d. $         0.00
    20e. Homeowner's association or condominium dues                     20e. $         0.00
21. Other: Specify:   **Cigarettes**                                     21. +$       595.00
    Out of Pocket Travel Expenses                                            +$       225.00
    Pet Expense                                                              +$       166.00
    School Lunches/Expenses                                                  +$        85.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                              $     8,534.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.          $     8,534.00

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.    23a. $     8,993.70
    23b. Copy your monthly expenses from line 22c above.                 23b. -$    8,534.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                          23c. $       459.70

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.   Explain here: **Debtor's sons reside with Debtor 50% of the time. Medical Expense is 1/12 of the portion of his deductible he typically pays per year. Debtor's transportation cost includes his travel for his job, for which he receives an allowance. The allowance is included on Schedule I. Debtor travels approximately 26 weeks/yr. Only his unreimbursed travel expenses are listed on Schedule J.**

Document ID: 3e24946b-88d1-4a42-b8ab-3944535d2c38

Case 1:25-bk-02248-HWV    Doc 21    Filed 10/28/25    Entered 10/28/25 12:15:37    Desc
                         Main Document    Page 2 of 3

## VERIFICATION

I, Jesse Livingston Bitzer, IV, verify that the statements made in the aforegoing Amended Schedule J are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C. S. §4904, relating to unsworn falsification to authorities.

_____
Jesse Livingston Bitzer, IV

Dated: 10/28/2025

F:\USERS\CANDY\GJI Stuff\FORMS\PLEADINGS\V E R I F I C A T I O NI.wpd:15Oct25

Document ID: 3e24946b-88d1-4a42-b8ab-3944535d2c38