Certificate Number: 16339-PAM-DE-040298980

Bankruptcy Case Number: 25-02248



16339-PAM-DE-040298980

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on November 11, 2025, at 12:22 o'clock PM EST, Jesse Bitzer IV completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 11, 2025

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor