United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jesse Livingston Bitzer, IV  
    Debtor

Case No. 25-02248-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Nov 14, 2025 | Form ID: ntcnfhrg | Total Noticed: 29 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Livingston Bitzer, IV, 295 Mount Pleasant Road, Hanover, PA 17331-9051 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5733117 | | Email/Text: compliance@finbounce.com | Nov 14 2025 18:44:00 | Bounce Ai Inc, 2850 Clover Street, Pittsford, NY 14534 |
| 5733116 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2025 18:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5756273 | + | Email/Text: Contact@finbounce.com | Nov 14 2025 18:44:00 | Bounce AI, Inc., 333 Metro Park Suite S-205, Rochester, NY 14623-2632 |
| 5733121 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Nov 14 2025 18:43:00 | Credit Corp Solutions, 121 W Election Road Ste 200, Draper, UT 84020 |
| 5733118 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 18:43:24 | Capital One, N.A., 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 5733119 | + | Email/Text: documentfiling@lciinc.com | Nov 14 2025 18:43:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 5733120 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 14 2025 18:43:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5733122 | + | Email/Text: contact@fiwlaw.com | Nov 14 2025 18:44:00 | Frederic I Weinberg & Assoc PC, 375 E Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 5733114 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2025 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5733123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 18:43:45 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5750617 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 18:43:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5733124 | + | Email/Text: Documentfiling@lciinc.com | Nov 14 2025 18:43:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5733125 | | Email/Text: camanagement@mtb.com | Nov 14 2025 18:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5745407 | | Email/Text: camanagement@mtb.com | Nov 14 2025 18:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5733127 | | Email/Text: EBN@Mohela.com | Nov 14 2025 18:43:00 | Mohela, 633 Spirit Drive, Chesterfield MO 63005-1243 |
| 5747473 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2025 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| Recipient | Method | Date | Address |
|---|---|---|---|
| 5733126 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2025 18:44:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5733128 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2025 18:44:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5733115 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2025 18:44:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5750678 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 18:54:25 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5733129 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 18:43:34 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5751963 | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2025 18:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5733130 | + Email/Text: bankruptcy@sw-credit.com | Nov 14 2025 18:44:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 5743051 | + Email/Text: bncmail@w-legal.com | Nov 14 2025 18:44:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5733131 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 18:54:31 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 5733132 | Email/Text: bankruptcies@uplift.com | Nov 14 2025 18:43:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 5733181 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 14 2025 18:54:24 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5733133 | + Email/Text: kcm@yatb.com | Nov 14 2025 18:43:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Jesse Livingston Bitzer IV gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| In re: | | |
| Jesse Livingston Bitzer IV, <br> aka Jessie L Bitzer, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:25−bk−02248−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 10, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Sylvia H. Rambo US Courthouse, <br> Bankruptcy Courtroom 4B, 1501 <br> N. 6th St, Harrisburg, PA 17102 | Date: December 17, 2025 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 14, 2025 |

ntcnfhrg (08/21)