## LOCAL BANKRUPTCY FORM 9019-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Jesse Livingston Bitzer, IV** | **CHAPTER**    **13** |
| | **CASE NO.**    **1:25-bk-02248-HWV** |
| **Debtor(s)** | **ADV. NO.** |
| | **NATURE OF PROCEEDING:**    **Trustee's Objection to the First Amended Plan** |
| **Jack N. Zaharopoulos, Standing Chapter 13 Trustee** | **DOCUMENT No.**    **24** |
| **Plaintiff(s)/ Movants** | |
| **vs.** **Jesse Livingston, Debtor** | |
| **Defendant(s)/ Respondent(s)** | |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐   The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒   The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

         ☐ Thirty (30) days.

         ☒ Forty-five (45) days.

         ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 4, 2026          /s/Douglas R. Roeder

                             Attorney for:    Chapter 13 Trustee, Objector

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.