IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JESSE LIVINGSTON BITZER IV,<br>aka JESSIE L BITZER<br>Debtor<br><br>M&T BANK<br>Movant<br><br>v.<br><br>JESSE LIVINGSTON BITZER IV,<br>aka JESSIE L BITZER<br>JACK N. ZAHAROPOULOS, ESQUIRE<br>Respondents | : | CASE NO. 1:25-bk-02248 HWV<br><br>CHAPTER 13 |

**DEBTORS' RESPONSE TO MOTION OF M&T BANK FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW,** come Debtor, Jesse Livingston Bitzer IV, by and through his attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. The mortgage speaks for itself. Strict proof is demanded.

5. Admitted.

6. Admitted. Debtor's offer is to pay $1,000.00 per week until current.

7. Admitted in part and denied in part. Strict proof is demanded as to the amount of the arrears.

8. Denied. A fair market value of the property at the time of the filing of the Bankruptcy

was $282,500.00, according to the market analysis attached to the Bankruptcy Schedules. The amount owed to the Movant at the time of the filing of the Bankruptcy was $203,943.48 (see Claim number 5). Acccordingly there is a significant equity cushion providing adequate protection to the Movant. Further, adequate protection is being provided through regular monthly payments. To the extent that the regular monthly payments are in arrears, Debtor will make an offer in the future to bring same current.

9. Admitted in part and denied in part. Movant is only entitled to said fees and costs if it proves that Debtor was in arrears on post-petition payments at the time of the filing of the Motion for Relief.

10. Denied. Any and all fees and costs related to this Motion should be resolved as part of the resolution of the Motion.

**WHEREFORE**, Debtor respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 9/3/2026

## CERTIFICATION OF SERVICE

I, Sharlene R. Miller, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF M&T BANK FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MAGGIE SOBOLESKI, ESQUIRE
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

[signature]

Sharlene R. Miller, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 9/3/2026